IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORETTA WASHINGTON-MORRIS,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BUCKS COUNTY TRANSP., INC. et al.,** | : | No. 17-3631 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 30th day of April, 2018, upon consideration of Defendants' Partial Motion to Dismiss (Doc. No. 13), the responses and replies thereto (Doc. Nos. 15 & 16), and oral argument held on April 13, 2018, it is **ORDERED** that the Defendants' Partial Motion to Dismiss (Doc. No. 13) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's April 30, 2018 Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE